IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SELLERS BELL,

    Plaintiff,

v.

ROY SABINE,

    Defendant.

CIVIL ACTION NO.: 6:17-cv-5

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 4), to which Plaintiff filed Objections, (doc. 5). The Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court and **OVERRULES** Plaintiff's Objections.

The Court **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE** and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to enter an appropriate Judgment of Dismissal and to **CLOSE** this case.

**SO ORDERED**, this 7th day of March, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA